**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | | |
|---|---|---|
| FREDDY HOLT,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:25-cv-100<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Debra C. Poplin |

---

**ORDER**

---

On July 16, 2026, United States Magistrate Debra C. Poplin filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). In it, Magistrate Judge Poplin recommended that Plaintiff's request for remand (Doc. 14) be granted in part and denied in part (Doc. 23). Neither party filed objections to Magistrate Judge Poplin's report and recommendation. Nevertheless, the Court has conducted a reviewed the report and recommendation, as well as the record, and it agrees with Magistrate Judge Poplin's well-reasoned conclusions.

Accordingly,

1. The Court **ACCEPTS** and **ADOPTS** Magistrate Judge Poplin's findings of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure (Doc. 23);

2. Plaintiff's request for remand is **GRANTED IN PART** and **DENIED IN PART** as set forth in the report and recommendation (Doc. 23); and

3. This case is **REMANDED** in order that the ALJ for additional analysis as set forth in Magistrate Judge Poplin's report and recommendation.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

**/s/ *Travis R. McDonough***

**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**